```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
```

| | |
|---|---|
| DAVID M. KIMMEL, | JUDGMENT |
| Plaintiff, | 20-cv-1074 (KAM)(ARL) |
| v. | |
| NEW YORK STATE ASSEMBLY; NEW YORK STATE SENATE; and NEW YORK STATE GOVERNOR ANDREW CUOMO, | |
| Defendants. | |

```
----------------------------------------------------------------X
```

A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on October 26, 2020, dismissing plaintiff's complaint without prejudice for lack of subject matter jurisdiction, Fed. R. Civ. P. 12(h)(3); certifying pursuant to 28 U.S.C. § 1915 (a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal, *Coppedge v. United States, 369 U.S. 438, 444-45* (1962); it is

ORDERED and ADJUDGED that plaintiff's complaint is dismissed without prejudice for lack of subject matter jurisdiction, Fed. R. Civ. P. 12(h)(3); and that pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of any appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated: Brooklyn, New York  
      October 26, 2020

Douglas C. Palmer  
Clerk of Court

By:   */s/Jalitza Poveda*  
       Deputy Clerk